# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-04-00236-CR

**James Steven Thornton, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF LAMPASAS COUNTY, 27TH JUDICIAL DISTRICT
### NO. 7457, HONORABLE JOE CARROLL, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

James Steven Thornton, Jr., seeks to appeal from a judgment of conviction for solicitation of a minor. The trial court has certified, and the record confirms, that this is a plea bargain case and Thornton has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The appeal is dismissed. *See id*. rule 25.2(d).

_____

Bea Ann Smith, Justice

Before Justices Kidd, B. A. Smith and Pemberton

Dismissed

Filed:  May 27, 2004

Do Not Publish